| | |
|---|---|
| 1 | GREENFIELD & GOODMAN, LLC |
| 2 | Richard D. Greenfield, *pro hac vice*<br>whitehatrdg@earthlink.net |
| 3 | Ilene Freier Brookler (SB No. 269422)<br>250 Hudson Street-8th Floor |
| 4 | New York, NY 10013<br>Telephone: (917) 495-4446 |
| 5 | Attorneys for Plaintiff |

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **R.L. HIRSCH** Individually and on Behalf of **EDISON INTERNATIONAL**, | Civil No.<br>**14-cv-3038 (DMS) (RBB)** |
| Plaintiff, | |
| vs. | |
| **THEODORE F. CRAVER, JR.; JAGJEET S. BINDRA; BRADFORD M. FREEMAN; M. BRETT WHITE; THOMAS C. SUTTON; LINDA G. STUNTZ; RICHARD T. SCHLOSBERG, III; PETER J. TAYLOR; LUIS G. NOGALES; VANESSA C. L. CHANG; ELLEN TAUSCHER; WILLIAM JAMES SCILACCI, JR.; DWIGHT E. NUNN and RONALD L. LITZINGER.et al.** | |
| Defendants, | |
| -and- | |
| **EDISON INTERNATIONAL,** | |
| Nominal Defendant. | |

## NOTICE OF DISMISSAL OF DEFENDANT NUNN

Plaintiff hereby files this notice of dismissal without prejudice from the above-entitled action as to Defendant Dwight E. Nunn.  This notice is the first dismissal filed by Plaintiff based upon or including the same claims against

Defendant Nunn. No answer or motion has been served upon Plaintiff by Defendant Nunn as of the date of this notice.

Respectfully submitted,

DATED: January 21, 2015          GREENFIELD & GOODMAN, LLC

By: /s/ Ilene Freier Brookler
Ilene Freier Brookler
Attorneys for Plaintiff

**PROOF OF SERVICE**

I am employed in Los Angeles, CA, am over the age of eighteen (18) years old and am not a party to the within action; my business address is 3162 Beverly Blvd, Los Angeles, CA 90036. On January 21, 2015, I served the following

**Notice of Dismissal of Defendant Nunn**

electronically on the Court's CM/ECF filing system, and emailed Kevin S. Allfred, of Munger, Tolles & Olson LLP, the attorney representing the appearing Defendants in this action, at kevin.allred@mto.com.

/s/ Ilene Freier Brookler
Ilene Freier Brookler