1
2
3
4
5

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.L. HIRSCH, Individually and On Behalf of EDISON INTERNATIONAL,<br><br>Plaintiff,<br><br>vs.<br><br>THEODORE F. CRAVER, JR., *et al.*,<br><br>Defendants,<br><br>-and-<br><br>EDISON INTERNATIONAL,<br><br>Nominal Defendant. | Case No. 14-cv-3038 (DMS) (RBB)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

1  WHEREAS the parties through Joint Motion have agreed as follows:
2  1. This action shall be dismissed without prejudice;
3  2. There is no necessity for the parties to provide notice of such
4  dismissal to the shareholders of Nominal Defendant, Edison
5  International;
6  3. The joinder by Defendants' counsel in the dismissal request does
7  not concede that there is personal jurisdiction over Defendants or
8  that venue is proper in this District;
9  4. The dismissal provided herein shall become effective upon the
10  Order of the Court.

13  **IT IS SO ORDERED** this 9th day of February, 2015.

_____
HON. DANA M. SABRAW
UNITED STATES DISTRICT COURT JUDGE